**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARY J. WHITE**                                                                                   **PLAINTIFF**

**v.**                                        **Case No. 4:15-cv-00690 KGB/JTK**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                  **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that judgment be entered for plaintiff Mary J. White, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is so adjudged this 7th day of December, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE