# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARY J. WHITE**                                                                                   **PLAINTIFF**

**v.**                          Case No. 4:15-cv-00690 KGB

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                                                 **DEFENDANT**

## ORDER

Before the Court is plaintiff Mary J. White's request for attorney's fees and costs filed pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 15). The Commissioner has responded and does not object to the motion (Dkt. No. 17). The Commissioner requests that any fees or costs awarded be made payable directly to Ms. White in order to allow the United States Treasury Department to verify that Ms. White has no federal debt, pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States).

For good cause shown, the Court grants Ms. White's motion (Dkt. No. 15). The Commissioner asserts that Ms. White "has requested a reasonable award of EAJA fees and expenses for services rendered in this case" (Dkt. No. 17, at 1). Therefore, the Court finds that the hours spent by counsel were reasonable. The Court approves attorney's fees and costs in the amount of $6,340.10. Per the Commissioner's request, The EAJA fee award shall be made payable to Ms. White, in the care of and mailed to her counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States. The Commissioner shall certify this award.

It is so ordered this the 10th day of July, 2017.

                                                              _____
                                                              Kristine G. Baker
                                                              United States District Judge